UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVON COLLINS, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:21-0437 |
| v. | : | (JUDGE MANNION) |
| MARK GARMAN, | : | |
| Respondent | : | |

# ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice. See R. Governing §2254 Cases R. 4.

2. Petitioner's motion for a stay (Doc. 2) is **DENIED.**

3. The Clerk of Court is directed to **CLOSE** the above captioned action.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 30, 2021**
21-0437-01-ORDER